PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-po-00476-KJN |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO VACATE |
| | ) STATUS CONFERENCE AND SET BENCH |
| v. | ) TRIAL |
| | ) |
| PATRICK M. DELANEY, | ) DATE: March 9, 2022 |
| | ) TIME: 9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Kendall J. Newman |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on March 9, 2022 at 9:00 a.m.

2. By this stipulation, the parties now jointly move to

///

///

///

///

vacate the status conference and set a bench trial on May 9, 2022 at

9:00 a.m.

    IT IS SO STIPULATED.

DATED: March 4, 2022          PHILLIP A. TALBERT
                                United States Attorney

                          By: */s/ John Scanlon*
                               JOHN E. SCANLON
                               Special Assistant U.S. Attorney


                               */s/ Linda Allison*
                               LINDA C. ALLISON
                               Assistant Federal Defender
                               Counsel for Defendant
                               (*Approved via email on 3/4/2022*)


**FINDINGS AND ORDER**

    IT IS SO ORDERED, that the status conference currently scheduled on March 9, 2022, at 9:00 a.m., shall be vacated and a bench trial shall be set on May 9, 2022, at 9:00 a.m., to be held via video conference.

Dated:  March 8, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE