UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE JUDGE KENDALL J. NEWMAN

**UNITED STATES,**

    Plaintiff,

v.

**PATRICK DELANEY,**

    Defendant.

_____/

No.: 2:21-po-00476-KJN

**MINUTES**

Date: 5/9/2022
Deputy Clerk: Alexandra Waldrop
ECRO: Tiffany Brown

**Counsel for Government:** John Scanlon
**Counsel for Defendant:** Linda Allison, Gabriel Johnson (CLS), and Jacob Mendelson (CLS)

**Bench Trial (Day 1):**

| Time | Description |
|---|---|
| 9:00 a.m. | Defendant present and out of custody. Government counsel present. Defendant advised rights. The Court and parties addressed any housekeeping issues. Parties confirmed they were ready to proceed with the Bench Trial. |
| 9:10 a.m. | AUSA Scanlon presented the Government's opening statement. |
| 9:15 a.m. | Defense CLS, Jacob Mendelson presented opening statement. |
| 9:20 a.m. | Government's witness, **Rocio Espinoza (Forest Engineer USFS)**, sworn and testified on direct by AUSA Scanlon. |
| 9:30 a.m. | Direct examination concluded. Cross examination began by defense CLS, Mr. Johnson. |
| 9:57 a.m. | Cross examination concluded. Redirect examination began by AUSA Scanlon. |
| 9:58 a.m. | Redirect examination concluded. Recross began by defense counsel, Ms. Allison. |
| 10:05 a.m. | Recross examination concluded. Redirect examination began by Mr. Scanlon. |
| 10:09 a.m. | Redirect examination concluded. Recross examination began by defense counsel, Ms. Allison. |

| | |
|---|---|
| 10:11 a.m. | Recross examination concluded. Witness excused. |
| 10:12 a.m. | Government's witness, **Officer John Paul Turner (USFS)** sworn and testified on direct by AUSA Scanlon. |
| 10:30 a.m. | The Court took a brief recess. |
| 10:38 a.m. | Court back in session. Direct examination of witness resumed. |
| 10:47 a.m. | Defense objected to the admittance on Government's exhibit 4. Defense CLS, Mr. Mendelson questioned the witness regarding the exhibit. |
| 10:53 a.m. | After hearing from defense, the Court overruled the objected and admitted Government's exhibit 4. |
| 10:54 a.m. | Direct examination continued. |
| 11:15 a.m. | Direct examination concluded. Cross examination began by defense CLS, Mr. Mendelson. |
| 11:35 a.m. | Cross examination concluded. Redirect examination began by AUSA Scanlon. |
| 11:42 a.m. | Redirect examination concluded and witness excused. The Court took a brief recess. |
| 11:52 a.m. | Court back in session. Government witness, **Officer Ben Gotts (Fire Protection USFS)** sworn and testified on direct by AUSA Scanlon. |
| 12:06 p.m. | Redirect examination concluded. Cross examination began by defense CLS, Mr. Mendelson. |
| 12:18 p.m. | The Court further questioned the witness. |
| 12:20 p.m. | Cross examination by defense CLS, Mr. Mendelson continued. |
| 12:21 p.m. | Cross examination concluded. Redirect examination began by AUSA Scanlon. |
| 12:24 p.m. | The Court further questioned the witness. Redirect examination continued. |
| 12:27 p.m. | Redirect examination concluded. Recross examination began by defense CLS, Mr. Mendelson. |
| 12:28 p.m. | Recross examination concluded. Witness excused. The Government rested. |
| 12:30 p.m. | The Court took a brief recess. |
| 12:45 p.m. | Court back in session. Defense made a Rule 29 Motion. |

| | |
|---|---|
| 12:54 p.m. | After hearing from defense, the Court took the Rule 29 Motion under advisement. The Government addressed the Court. |
| 12:55 p.m. | Defense witness, **Investigator Juan Diog (Federal Defender's Office)** sworn and testified on direct by defense CLS, Mr. Johnson. |
| 1:07 p.m. | Defense moved for exhibits G, H, and I to be admitted. Government objected. The Court further questioned the witness and discussed the exhibits with defense. After hearing from defense, the Court admitted defense exhibits G, H, and I. |
| 1:16 p.m. | Defense moved for exhibit S and the Government objected. The Court further questioned the witness. After hearing arguments, the Court admitted exhibit S. |
| 1:22 p.m. | Defense moved for exhibit J to be admitted. Government objected. The Court admitted exhibit J. Defense moved for exhibit A to be admitted. The Court did not admit exhibit A. |
| 1:40 p.m. | Direct examination concluded. Cross examination began by AUSA Scanlon. |
| 1:41 p.m. | Cross examination concluded. Witness excused. The Court took a brief recess. |
| 1:48 p.m. | Court back in session. Defendant, **Patrick M. Delaney** sworn and testified on direct by defense CLS, Mr. Johnson. |
| 2:16 p.m. | Direct examination concluded. Cross examination began by AUSA Scanlon. |
| 2:26 p.m. | Cross examination concluded. Redirect examination began by defense CLS, Mr. Johnson. |
| 2:29 p.m. | Cross examination concluded. Witness excused. Defense rested. The Government did not have any rebuttal evidence. |
| 2:30 p.m. | AUSA Scanlon presented the Government's closing argument. The Court addressed the Government regarding the case. |
| 2:37 p.m. | Defense renewed their Rule 29 Motion. Defense CLS, Mr. Johnson presented defense closing arguments. |
| 2:39 p.m. | After hearing arguments and for reasons stated on the record, the Court GRANTED the Defendant's Rule 29 Motion. The Government's Motion in Limine (ECF No. 15) and Defendant's Motion in Limine (ECF No. 17) deemed resolved. Exhibit binders were returned to counsel. |
| 2:40 p.m. | Court concluded. |
| **TOTAL TIME:** | **5 hours** |
| **EXHIBITS ADMITTED:** | **Government: 1 (1A- 1C), 2, 3, 4, 5**<br>**Defendant: G, H, I, J, S** |